UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA

        v.                                    **Order of Continuance**

THOMAS ALEXANDER BRANDENSTEIN,                **23 Mag. 6612**
            *Defendant*.
-------------------------------------X

      Upon the application of the United States of America and the affirmation of Mitzi Steiner, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 18 U.S.C. §§ 2422 and 2423, in a complaint dated September 29, 2023; It is further found that the defendant was arrested on September 29, 2023 and was presented before Magistrate Judge Stewart D. Aaron on October 2, 2023, and was ordered detained;

      It is further found that Andrew Daleck, Esq. and Sylvie Levine, Esq., counsel for defendant, and Assistant United States Attorney Mitzi Steiner have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

      It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

      It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. §3161(h)(7)(A) is hereby granted until December 1, 2023.

Dated: New York, New York
     November 1, 2023

_____
UNITED STATES MAGISTRATE JUDGE